IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA



Richmond Division

| | )
|---|---|
| IN THE MATTER OF CONSENT TO UNITED STATES MAGISTRATE JUDGE JURISDICTION AND REFFERRALS FOR REPORTS AND RECOMMENDATIONS IN SOCIAL SECURITY APPEALS | ) ) ) ) ) ) ) |

## STANDING ORDER

Effective immediately, if all parties in a Social Security Appeal consent to have the matter heard by a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c), the matter shall be reassigned to United States Magistrate Judge Elizabeth W. Hanes for all purposes. If the parties do not consent to have the matter heard by a United States Magistrate Judge, the case shall be referred to Judge Hanes for Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B).

Let the Clerk publish this Standing Order on the Court's website and file this Standing Order electronically in current and future Social Security cases.

And it is SO ORDERED.

/s/
John A. Gibney, Jr.
United States District Judge

John A. Gibney, Jr.
United States District Judge

Richmond, Virginia
Dated: 19 June 2020