IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

WENDI ANDERSON,
    Plaintiff,

v.                                                              Civil No. 3:21cv20 (MHL)

ANDREW M. SAUL,
Commissioner of Social Security,
    Defendant.

## SCHEDULING ORDER IN A SOCIAL SECURITY APPEAL

This matter is before the Court for pretrial management. Consistent with *Myers v. Califano*, 611 F.2d 980 (4th Cir. 1980), it is hereby ORDERED that:

(1)     Plaintiff shall file a motion for summary judgment with a brief in support thereof not later than thirty (30) days from the date that this ORDER is entered into the docket.

(2)     Defendant shall file a motion for summary judgment with brief in support thereof, including a response to Plaintiff's motion for summary judgment, not later than sixty (60) days from the date this ORDER is entered into the docket.

(3)     Plaintiff shall have fourteen (14) days from the date Defendant's motion for summary judgment is entered into the docket to file any Reply.

(4)     The Clerk is directed to provide the parties with the Notice, Consent and Order of Reference - Exercise of Jurisdiction by the United States Magistrate Judge.

Let the Clerk file a copy of this Order electronically and notify all counsel of record and any unrepresented party.

It is so ORDERED.

/s/
Elizabeth W. Hanes
United States Magistrate Judge

Richmond, Virginia
Date: June 11, 2021